# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No | CVB Location Code |
|---|---|---|---|
| R 3308678 | Tyler Kellogg Kelley | | MY10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 08/31/2010 | Title 18 USC Section 641 |

**Place of Offense**
Andrews AFB Base Exchange

**Offense Description**
Larceny from Andrews AFB Base Exchange; (1) one watch and (1) one tie with stolen

### DEFENDANT INFORMATION

| Last Name | | | | |
|---|---|---|---|---|
| Dean | | | Gary | |

### VEHICLE DESCRIPTION

| Tag No | State | VIN | Year | Make/Model | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |
| **PAY THIS AMOUNT →** $ | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

R 3308678

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 31st, 2010 while exercising my duties as a law enforcement officer in the Andrews AFB District of PG County

On 8/31/2010 at 1302 (Approximately) Andrews AFB, I with distracted to Andrews AFB Base Exchange for the attempted larceny was exhibited by the suspect, Mr. Dean, and Mr. Butler. Advising, I made contact with Mr. Butler and the suspect, Mr. Dean, and Mr. Butler. Mr. Crawford (LOSS And Prevention), upon gaining statements from Mr. Butler and AF Form 52 with the prices of evidence, I approached with negative findings. Mr. Gary Dean with the negative findings. Then transported the suspect back to Bldg 1845/310 sts. Upon arrival, advised Mr. Gary Dean of his rights in the 5th Amendment of the USC for violation of Title 18 of the USC, Section 641/Larceny via AF Form 116B. Mr. Butler by Tsgt. Calvert, Mr. Dean refused to make a statement of want a lawyer. The suspect was then issued a suspension of AFES revealed letter and was revealed on his own recognizance via the DD Fm 2708. _____ /// End of Statement ///

The foregoing statement is based upon

X my personal observation       my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 08/31/2010  [signature] Tyler Kellogg, SrA, USAF
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVR Scan 9/17/2010 11:27:12

10 CR 0735