UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV 24  P 12: 52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | 10-3990M |
| | | MAGISTRATE JUDGE'S CASE NO. |
| GARY DEAN | * | |
| | * | |

\*\*\*\*\*\*

## NOTICE OF REQUEST FOR JURY TRIAL

Without consenting to proceed before a United States Magistrate Judge or waiving the right to proceed before a United States District Judge, Defendant undersigned, pro sec, hereby requests a jury trial in the above styled matter.

Gary Dean
Name of Party

*[signature]*
Signature of Party *Pro Se*

Nov 24, 2010
Date