# Memo

**To:** Hollis Weisman
Capt. Paul Stemple, USAF
Capt. Rachel Lyons, USAF
Gary D. Dean
Judge Day
Judge Roger W. Titus

**From:** Renee Kelly

**SUBJECT:** Jury Trial Request  Gary D Dean
**Old Magistrate Numbers 10-3990 CBD**
**New Criminal Case Nos. RWT-10-0735**

**Date:** 12/10/2010

Please be advised that the defendant in the above reference case has requested a trial by jury before

United States District Court Judge.

In order to accommodate that request, a new criminal case number has been assigned.

Please ensure that all future pleadings reflect the new criminal number.

Thank you

1