UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     10-3990M
                                                                    MAGISTRATE JUDGE'S CASE NO.

GARY DEAN     *

                                        *

******

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010 , a copy of Defendant's MOTION TO EXCLUDE EVIDENCE: GOVERNMENT'S FAILURE TO RESPOND TO REQUEST FOR DISCOVERY and Defendant's MOTION TO EXCLUDE EVIDENCE: GOVERNMENT'S OBSTRUCTION OF DEFENSE ACCESS TO WITNESSES & EVIDENCE which were filed in this case on December 10, 2010 were mailed via first class mail, postage prepaid, to

Captain Paul Stemple, USAF and Captain Rachel Lyons, USAF
Special Assistant US Attorney
11 WG/JA, Andrews AFB Law Center
1532 Command Drive, Suite AA 209
Andrews AFB, MD
20762

*[signature]*

Gary Dean
*Printed Name*                  *Pro Se*

9908 Dallas Ave
*Address*

Silver Spring, MD 20901
*City/State/Zip*

301-213-6771
*Phone No.*                  *Fax No.*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 DEC 10 P 1:43

CLERK'S OFFICE