# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND   20770**  
**301-344-0052**

## M E M O R A N D U M

TO:          Defendant Gary D. Dean  
               Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *United States of America v. Gary D. Dean*  
              Criminal Case No. RWT-10-735

DATE:      December 15, 2010

\* \* \* \* \* \* \* \* \*

       An in-court status conference is **SCHEDULED** for **January 4, 2011 at 3:00 p.m.** The presence of Defendant Gary D. Dean and counsel for the Government is required.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                            /s/  
                                   Roger W. Titus  
                            United States District Judge