UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 DEC 22 P 3: 49

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

UNITED STATES OF AMERICA     *

vs.                          *     RWT-10-735

GARY DEAN                    *

                             *

******

## WITHDRAWAL OF MOTION TO EXCLUDE EVIDENCE: GOVERNMENT'S OBSTRUCTION OF DEFENSE ACCESS TO WITNESSES & EVIDENCE

Defendant, undersigned, withdraws the "Motion to Exclude Evidence: Government's Obstruction of Defense Access to Witnesses" filed on December 10, 2010.

_Gary Dean_____
Name of Party

_/s/ Jay D._____
Signature of Party or Counsel

_12/22/2010_____
Date

1